IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
                Plaintiff,

vs.

DANNY D. TURNER,                Case No. 20-CR-38-JDP
                Defendant.

**ORDER TO PERMIT DISCLOSURE OF URINALYSIS RESULTS IN POSSESSION OF PROBATION AGENT TO DEFENSE COUNSEL**

The Court, first being duly advised in the premises, orders that Probation Agent Jelani Brown disclose to Attorney David R. Karpe, records relating to the defendant's December 2019 and January 2020 urinalysis results, if such records exist, and also orders that Agent Brown may discuss these records and results with defense counsel.

Ordered this 9th the day of July, 2020.

BY THE COURT

_____
James D. Peterson
Chief Judge
Western District of Wisconsin